UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 11-45206-705 |
| | ) | |
| Soloman Simpson | ) | |
| | ) | Chapter 7 |
| | ) | |
| Debtor | ) | |
| | ) | |
| Nancy J. Gargula | ) | |
| United States Trustee, | ) | |
| Eastern District of Missouri | ) | |
| | ) | |
| Plaintiff | ) | Adversary No. 11-04410-399 |
| | ) | |
| v. | ) | |
| Soloman Simpson | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

ORDER GRANTING MOTION FOR DEFAULT JUDGMENT
DENYING DEBTOR'S DISCHARGE

On February 21, 2012, the Plaintiff's Motion for Default Judgment came on for hearing. Counsel for the Plaintiff, Martha Dahm, appeared. Defendant failed to appear at the hearing. Defendant further failed to file an answer or response to the underlying Complaint.

The Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on May 17, 2011. Tracy A. Brown was appointed as the Chapter 7 trustee in this matter. On October 28, 2011, an order was entered requiring the Debtor to pay the Chapter 7 trustee $3,000.00 within fourteen days of said order. Debtor has failed to comply with said Order. On November 29, 2011, the Plaintiff filed a Complaint, seeking denial of the Debtor's discharge pursuant to 11 U.S.C. §727(a)(6). Debtor has failed to file an answer or response to the

1

Complaint and has failed to appear at the hearing on Plaintiff's Motion for Default Judgment. Based upon the Declaration of Martha Dahm, the evidence submitted at the hearing and the Court's review of the file record as a whole, it is accordingly, it is hereby

ORDERED that the Motion for Default Judgment is GRANTED in that the discharge of the Debtor, Soloman Simpson, in bankruptcy Case No. 11.45206-705, shall be DENIED pursuant to 11 U.S.C. § 727(a)(6).

DATED: February 27, 2012  
St. Louis, Missouri

_Barry S. Schermer_  
Barry S. Schermer  
Chief United States Bankruptcy Judge

Order prepared by:

Martha Dahm  
U.S. Trustee's Office  
111 South 10th St.  
Rm. 6353  
St. Louis, MO 63102

Copies to:

Soloman Simpson
5939 Nagel Ave Apt# 303
St. Louis, MO 63109

Martha Dahm
U.S. Trustee's Office
111 South 10th St.
Rm. 6353
St. Louis, MO 63102

Tracy A. Brown
Chapter 7 trustee
1034 So. Brentwood Blvd., Suite 1830
St. Louis, MO 63117

ALL CREDITORS AND PARTIES IN INTEREST AS SET FORTH ON THE MATRIX